UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:                                                 Case No. 09-74255-pjs
                                                               Chapter 13
Ezroy C. Spencer                            Hon. Phillip J. Shefferly
             Debtor       /

## OBJECTION TO CONFIRMATION OF PLAN

     Now comes Red Maple Lane Association a/k/a Maple Forest Condominium Association, by and through counsel Thomas J. Budzynski, and hereby objects to the Plan as filed by the debtor stating as follows:

     1.   That debtor herein improperly classifies continuing claims. Pursuant to 11 USC 523(a)(16), the debtor retains responsibility for assessments due to Red Maple Lane Association a/k/a Maple Forest Condominium Association accruing post-petition as long as the debtor holds a legal or equitable interest.

     2.   There is no evidence that the debtor has executed a deed to the property to a third party, and no evidence that the debtor has in any other way executed his statement of intent to surrender. Surrender and termination of all legal and/or equitable interest can only occur by way of deed or foreclosure and expiration of the equity of redemption.

     3.   The debtor's Plan therefor cannot be confirmed as proposed, for the reason that the debtor has failed to make provision for post-petition assessments due, which are accruing at the rate of $235.00 per month from date of filing.

4. That given the debtor has failed to account for these amounts, the debtor's Plan as proposed is not feasible.

5. That the case filed herein is filed in bad faith. A review of the schedules indicates an improper claim of exemptions on "son's car". The debtor attempts to claim exemptions exceeding those allowable under the Code. The schedules indicate no debt on this vehicle, and also fail to disclose when the transfer was made to the son, which may be a fraudulent conveyance, given no evidence of how the son acquired the vehicle. If this was a gift, it may have been given at a time when debtor was insolvent. While it does appear that this matter was corrected with amendments, it provides indicia of the attitude. That it appears that the debtor utilized in excess of $25,000.00 within 4 months of filing to purchase a new residence, indicating that the budget items are in question if the debtor was able to accrue that sum. Further, the vehicles appear to be not only mis-described but under-valued. The purported 2003 Jeep Liberty is really a 2004, and valued between 10 and 12 thousand dollars according to Kelly Blue Book. The Mercedes is valued at 25 thousand according to the same source. This is a value increase of some 10 thousand dollars over the debtor's schedules.

WHEREFORE, Red Maple Association a/k/a Maple Forest Condominium Association requests that the court deny confirmation of the debtor's proposed plan.

          Respectfully submitted,

          /s/ *Thomas J. Budzynski*
          Thomas J. Budzynski PC
          Attorney for Red Maple
           Association
          43777 Groesbeck Hwy.
          Clinton Twp., MI 48036
          (586) 463-5253
          lawoffice@tjbudzynskipc.com
          P26355

Dated: 1/11/10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:  Case No. 09-74255-pjs
        Chapter 13
Ezroy C. Spencer  Hon. Phillip J. Shefferly
_____Debtor_____/

CERTIFICATE OF SERVICE
OBJECTION TO CONFIRMATION OF PLAN

     I hereby certify that on January 11, 2010, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Marcy J. Ford
William D. Johnson
Jonathan F. Rosenthal
David Wm. Ruskin

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Schlottman & Wagner, PC
43642 Elizabth Rd.
Clinton Twp., MI 48036

                               /s/ *Marilyn E. Lewis*
                              Secretary to
                              Thomas J. Budzynski P26355
                              Thomas J. Budzynski PC
                              Attorney for Red Maple Lane
                               Association
                              43777 Groesbeck Hwy.
                              Clinton Twp., MI 48036
                              (586) 463-5253
                              lawoffice@tjbudzynskipc.com

Dated: 1/11/10