UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Case No. 09-74255-pjs
EZROY C. SPENCER  Chapter 13
        Debtor      /  Hon. Phillip J. Shefferly

MOTION FOR AMENDED CLAIM
AND FOR OTHER RELIEF RELATED THERETO

Now comes Maple Forest Condominium Association by and through counsel Thomas J. Budzynski, and requests that the court award fees and amend the claim as filed herein by Maple Forest Condominium Association, as follows:

1. That this matter originally came before the court upon the debtor filing bankruptcy, Maple Forest Condominium Association filing a claim, and an adversary case regarding the accrual of post-petition association fees.

2. Upon the decision of the appellate court, the post-petition accrual of association dues were declared to be a non-dischargeable debt.

3. The court has previously requested that damage issues be submitted to mediation, which was accomplished and resolved.

4. That post-petition and pre-foreclosure, monthly association dues accrued, which were not paid, in the amount of $2,820.00 (12 months at $235.00 per month).

5. That in seeking enforcement of the post-petition assessments, the Association accrued fees and costs in the amount of $19,267.50. The billing is set forth on Exhibit A.

6. That the amounts necessary to satisfy the administrative claim per the mediation are:

A. Insurance deductible      $5,000.00
    B. Misc out of pocket        $1,384.06

7.  That the Association should therefore be awarded an amended claim as follows:

    A. Administrative priority    $ 6,384.06
    B. Post petition assessments  $ 2,820.00
    C. Attorney fees and costs    $19,267.50
    D. Costs of this motion       $ 1,050.00

8.  That the court should further order that any portion of these claims which are not paid through the Plan are not discharged at the completion of the Plan, shall be treated as a judgment, and may be collected by any means appropriate to the collection of judgments under the laws of the State of Michigan, and shall not be dischargeable in any future bankruptcy.

WHEREFORE, Maple Forest Condominium Association requests an order from the court as follows:

That Maple Forest Condominium Association shall have an administrative priority claim in the amount of $6,384.06, and a post-petition claim in the amount of $23,137.50.

That any portion of these claims remaining unpaid at the completion of the debtor's Plan shall be non-dischargeable and shall be treated as a judgment under provisions of 28 USC 157.

Respectfully submitted,

/s/ *Thomas J. Budzynski*
Thomas J. Budzynski PC
Atty. for Maple Forest Condo
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 2/22/12

-2-

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN                 Exhibit 1

In Re:                                  Case No. 09-74255-pjs
EZROY C. SPENCER                        Chapter 13
          Debtor          /             Hon. Phillip J. Shefferly

## ORDER GRANTING AMENDED CLAIM

The matter having come before the court upon the motion of Maple Forest Condominium Association, interested parties having had notice and opportunity, and the court being otherwise fully advised;

IT IS HEREBY ORDERED that Maple Forest Condominium Association shall have an administrative priority claim in the amount of $6,384.06.

IT IS FURTHER ORDERED that Maple Forest Condominium Association shall have a post-petition claim for the sum of $23,137.50, for its costs and fees.

IT IS FURTHER ORDERED that any of these sums not paid through the Debtor's Plan shall be non-dischargeable in this case or any future case.

IT IS FURTHER ORDERED that these amounts shall constitute a judgment against Debtor EZROY C. SPENCER, collectable by any means allowed under Michigan Law, and if not provided for in the Debtor's Plan or any amendments thereto, shall be collectable immediately upon entry of this Order, as long as collection does not impair the stream of payments necessary to fund the Plan.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN                               Exhibit 2

In Re:                                  Case No. 09-74255-pjs
EZROY C. SPENCER                        Chapter 13
              Debtor         /          Hon. Phillip J. Shefferly

NOTICE OF MOTION FOR AMENDED CLAIM
AND FOR OTHER RELIEF RELATED THERETO

MAPLE FOREST CONDOMINIUM ASSOCIATION, by and through its attorney, Thomas J. Budzynski, has filed papers with the court seeking an amended claim.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to allow an amended claim, or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it within 14 days of the date of this Notice. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Thomas J. Budzynski, 43777 N. Groesbeck Hwy., Clinton Twp., MI 48036

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.

Dated: 2/22/12                    /s/ Thomas J. Budzynski
                                  Thomas J. Budzynski PC
                                  Attorney for Maple Forest Condominium Assoc.
                                  43777 N. Groesbeck Hwy.
                                  Clinton Twp., MI 48036
                                  (586) 463-5253
                                  lawoffice@tjbudzynskipc.com
                                  P26355

* Response or answer must comply with F.R.Civ.P. 8(b),(c) and (e)

In Re:                                          Case No. 09-74255-pjs
EZROY C. SPENCER                                Chapter 13
           Debtor     /        Hon. Phillip J. Shefferly

## BRIEF IN SUPPORT
## MOTION FOR AMENDED CLAIM
## AND FOR OTHER RELIEF RELATED THERETO

Now comes Maple Forest Condominium Association by and through counsel Thomas J. Budzynski, and in support of its motion, states as follows:

The court previously entered an Order (Exhibit B) providing for an administrative priority claim (Doc 41, in A.P. 10-04501-pjs, Maple Forest v Spencer).

That the United States District Court previously issued an Opinion and Order that the accruing association dues were post-petition obligations which were not dischargeable (Case No. 10-14413, Maple Forest v Spencer, etal, Doc 16).

That as regards attorney fees, the Court is further cited to MCLA 559.206, 559.207 and 559.208. In addition, the Michigan Court of Appeals addressed this in the case of <u>Windemere Commons Ass'n v O'Brien</u>, 269 Mich App 681 (2006).

The FRBP 7054 defines judgments as any order or decree from which an appeal lies, and FRBP 7064 provides for collection procedures.

Further, we believe that authority to enter final orders flows from 28 USC 157(b)(2)(A).

WHEREFORE, Maple Forest requests that the court grant the relief as requested in its motion, and enter the proposed order.

Respectfully submitted,

/s/ *Thomas J. Budzynski*
Thomas J. Budzynski PC
Attorney for Maple Forest
 Condominium Association
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 2/22/12

-5-

In Re:                                Case No. 09-74255-pjs
EZROY C. SPENCER                      Chapter 13
          Debtor         /            Hon. Phillip J. Shefferly

CERTIFICATE OF SERVICE
MOTION FOR AMENDED CLAIM
AND FOR OTHER RELIEF RELATED THERETO

I hereby certify that on February 22, 2012, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Marcy J. Ford easternecf@trottlaw.com
William D. Johnson filing@acclaimlegalservices.com
Christopher W. Jones filing@acclaimlegalservices.com, filingbackup@acclaimlegalservices.com
Adam Jonathan Reatherford Easternecf@trottlaw.com
Jonathan F. Rosenthal ECFEDM@weltman.com
David Wm Ruskin ecf-emails@det13.com
Janielle E. Ryan easternecf@trottlaw.com

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Judi M. Schlottman
Attorney at Law
43642 Elizabeth Road
Clinton Twp., MI 48036

/s/ *Marilyn E. Lewis*
Secretary to
Thomas J. Budzynski P26355
Thomas J. Budzynski PC
Attorney for Maple Forest
 Condominium Assoc.
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com

Dated: 2/22/12

Primary Timekeeper: 1 THOMAS J BUDZYNSKI

**Exhibit A**

Client: 238.21M  SCHLOTTMAN & WAGNER PC                                         SCHLOTTMAN & WAG           Contact:
SPENCER  Red Maple Lane Associaton                                                                         Work: 586-465-1330
Primary Timekeeper:           1  TJB    Category:          2 BANKRUPTCY-CREDITOR
Secondary Timekeeper:         1  TJB    Draft Template:    00000001      Rate Code: 1
Originating Timekeeper:       1  TJB    Final Template:    00000001      Date Opened:    01/11/2010
Previous Balance:                0.00

| Date | Tmkr | Cat | Src | H T B R<br>P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/<br>Down Hrs | Amount | Write-Up/<br>Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | |
| 02/04/2010 | 1 TJB | 2 | U | | 54 | 1 | 350.00 | | 0.70 | 0.70 | | 245.00 | | Draft amended and suplemental objections to confirmation re assoc dues |
| 02/05/2010 | 1 TJB | 2 | U | | 25 | 2 | 350.00 | | 0.30 | 0.30 | | 105.00 | | Telephone Conference with debtors counsel re objective and damages |
| 02/09/2010 | 1 TJB | 2 | U | | 52 | 3 | 350.00 | | 5.50 | 5.50 | | 1,925.00 | | Attend hearing on confirmation of debtors plan, matter adjourned to resolve issues with water damage |
| 02/10/2010 | 1 TJB | 2 | U | | 25 | 4 | 350.00 | | 0.20 | 0.20 | | 70.00 | | Telephone Conference with Judy re who benefits and status |
| 02/11/2010 | 1 TJB | 2 | U | | 30 | 5 | 350.00 | | 0.30 | 0.30 | | 105.00 | | Correspondence to banks counsel for positions |
| 02/16/2010 | 1 TJB | 2 | | | 25 | 6 | 350.00 | | 0.50 | 0.50 | | 175.00 | | Telephone Conference with Kim from Trott and Trott re possible forced coverage and strategy |
| 03/17/2010 | 1 TJB | 2 | | | 54 | 7 | 350.00 | | 0.60 | 0.60 | | 210.00 | | Draft answer to affirmative defenses with legal research on issues of association dues |
| 03/18/2010 | 1 TJB | 2 | | | 25 | 8 | 350.00 | | 0.10 | 0.10 | | 35.00 | | Telephone Conference with AMA re entry to unit and items needed |
| 04/01/2010 | 1 TJB | 2 | | | 54 | 9 | 350.00 | | 1.30 | 1.30 | | 455.00 | | Draft motion and notice of intent to seek sanctions |
| 04/05/2010 | 1 TJB | 2 | | | 54 | 10 | 350.00 | | 0.40 | 0.40 | | 140.00 | | Draft 26f report for adversary case as a result of damages from water |
| 04/12/2010 | 1 TJB | 2 | | | 52 | 11 | 350.00 | | 2.50 | 2.50 | | 875.00 | | Attend scheduling hearing on adversary against debtor |
| 05/03/2010 | 1 TJB | 2 | | | 54 | 12 | 350.00 | | 1.00 | 1.00 | | 350.00 | | Draft initial disclosures |
| 07/12/2010 | 1 TJB | 2 | | | 54 | 13 | 350.00 | | 1.30 | 1.30 | | 455.00 | | Draft interrogatories and request to admit to debtor |
| 08/07/2010 | 1 TJB | 2 | | | 57 | 14 | 350.00 | | 1.50 | 1.50 | | 525.00 | | Prepare motion for summary judgement on preliminary basis |
| 08/07/2010 | 1 TJB | 2 | | | 57 | 15 | 350.00 | | 3.00 | 3.00 | | 1,050.00 | | Prepare first portions of summary judgement motion on non discharge action with legal research to review current case law |
| 08/09/2010 | 1 TJB | 2 | | | 57 | 16 | 350.00 | | 1.00 | 1.00 | | 350.00 | | Prepare additional portions of summary judgement motion on Spencer non discharge action |
| 08/10/2010 | 1 TJB | 2 | | | 57 | 17 | 350.00 | | 1.50 | 1.50 | | 525.00 | | Prepare on continuing basis motion for summary judgement on matters relating to Spencer non discharge action |
| 08/12/2010 | 1 TJB | 2 | | | 57 | 18 | 350.00 | | 3.50 | 3.50 | | 1,225.00 | | Prepare final portions of motion for summary judgement on Spencer non discharge action |
| 09/24/2010 | 1 TJB | 2 | | | 52 | 19 | 350.00 | | 5.00 | 5.00 | | 1,750.00 | | Attend hearing on summary judgement motion as to declaratory action on discharge of post petition assessments |
| 10/06/2010 | 1 TJB | 2 | | | 42 | 20 | 350.00 | | 0.40 | 0.40 | | 140.00 | | Review judges opinion on assessments |
| 10/08/2010 | 1 TJB | 2 | | | 25 | 21 | 350.00 | | 0.30 | 0.30 | | 105.00 | | Telephone Conference with management company re items needed for trial |
| 10/08/2010 | 1 TJB | 2 | | | 25 | 22 | 350.00 | | 0.10 | 0.10 | | 35.00 | | Telephone Conference with Richard Wagner re issues and how proceeding |
| 10/08/2010 | 1 TJB | 2 | | | 52 | 23 | 350.00 | | 0.55 | 0.55 | | 192.50 | | Attend telephone status conference re court ordered mediation |
| 10/08/2010 | 1 TJB | 2 | | | 42 | 24 | 350.00 | | 1.00 | 1.00 | | 350.00 | | Review opinion a third time, look at additional case law and determine process for appeal |
| 10/09/2010 | 1 TJB | 2 | | | 22 | 25 | 350.00 | | 2.00 | 2.00 | | 700.00 | | Legal Research on issue of surrender |
| 10/09/2010 | 1 TJB | 2 | | | 54 | 26 | 350.00 | | 1.90 | 1.90 | | 665.00 | | Draft final pre trial statement |
| 10/12/2010 | 1 TJB | 2 | | | 54 | 27 | 350.00 | | 2.40 | 2.40 | | 840.00 | | Draft amendments to motion for reconsideration, with additional legal research |
| 10/13/2010 | 1 TJB | 2 | | | 52 | 28 | 350.00 | | 3.50 | 3.50 | | 1,225.00 | | Attend mediation on issues related to damages and reach resolution |
| 10/14/2010 | 1 TJB | 2 | | | 54 | 29 | 350.00 | | 0.50 | 0.50 | | 175.00 | | Draft stip and order resoling the issues on damages |
| 10/25/2010 | 1 TJB | 2 | | | 54 | 30 | 350.00 | | 0.50 | 0.50 | | 175.00 | | Draft amended proof of claim |
| 12/06/2010 | 1 TJB | 2 | | | 1 | 31 | 350.00 | | 1.30 | 1.30 | | 455.00 | | Conference with client in Novi re status and action to take on Spencer condo |
| 01/07/2011 | 1 TJB | 2 | | | 54 | 32 | 350.00 | | 4.30 | 4.30 | | 1,505.00 | | Draft appeal brief on recovery of assessment |
| 02/11/2011 | 1 TJB | 2 | | | 30 | 33 | 350.00 | | 1.10 | 1.10 | | 385.00 | | Correspondence to client to respond to questions. |
| 02/11/2011 | 1 TJB | 2 | | | 54 | 34 | 350.00 | | 1.40 | 1.40 | | 490.00 | | Draft response to debtors brief |
| 06/23/2011 | 1 TJB | 2 | | | 54 | 35 | 350.00 | | 0.70 | 0.70 | | 245.00 | | Draft and file supplement to appeal brief based upon new AZ decision on the issue finding the debtor responsible. |
| 10/03/2011 | 1 TJB | 2 | | | 52 | 36 | 350.00 | | 2.60 | 2.60 | | 910.00 | | Attend status conference as a result of remand , have court enter order that post petition assessments are not dischargeable, court directed parties to get together and resolve how to be paid. |
| 10/03/2011 | 1 TJB | 2 | | | 54 | 37 | 350.00 | | 0.30 | 0.30 | | 105.00 | | Draft opinion letter to Judi resulting from |

Primary Timekeeper: 1 THOMAS J BUDZYNSKI

Client: 238.21M SCHLOTTMAN & WAGNER PC *(Continued)*

| Date | Tmkr | Cat Src | H T B R<br>P X C C | Tcode | Ref # | Rate | Units | Hours<br>Worked | Hours<br>to Bill | Write-Up/<br>Down Hrs | Amount | Write-Up/<br>Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | remand hearing |
| Billable Total: | | 1 THOMAS J BUDZYNSKI | | | | | | 55.05 | 55.05 | | 19,267.50 | | |
| **Total Billable Fees** | | | | | | | | 55.05 | 55.05 | | 19,267.50 | | |
| **Expenses** | | | | | | | | | | | | | |
| 02/08/2010 | 1 TJB | | U | 914 | 1 | | | | | | 250.00 | | FILING FEE - COURT Adversary complaint for declaratory judgment |
| 10/13/2010 | 1 TJB | | | 920 | 2 | | | | | | 200.00 | | MEDIATION FEES |
| 11/02/2010 | 1 TJB | | | 914 | 3 | | | | | | 255.00 | | FILING FEE - COURT Appeal to District Court |
| 11/09/2010 | 1 TJB | | | 930 | 4 | | | | | | 500.00 | | TRANSCRIPT FEE Deposit towards transcript of hearings on appeal |
| **Total Billable Expenses** | | | | | | | | | | | 1,205.00 | | |
| **Payments** | | | | | | | | | | | | | |
| 03/10/2010 | | | | 999 | 1 | | | | | | -2,700.00 | | PAYMENT THANK YOU. Check 2726 |
| 06/03/2010 | | | | 999 | 2 | | | | | | -2,240.00 | | PAYMENT THANK YOU. Check 2782 |
| 10/22/2010 | | | | 999 | 3 | | | | | | -4,130.00 | | PAYMENT THANK YOU. Check 2865 |
| 12/13/2010 | | | | 999 | 4 | | | | | | -137.85 | | REFUND from court reporter for transcript (500 deposit given) |
| **Total Billable Payments** | | | | | | | | | | | -9,207.85 | | |

### RECAP

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 19,267.50 | | | | | |
| Expenses: | 1,205.00 | Previous Balance: | 0.00 | | | |
| Advances: | 0.00 | Payments/Credits: | -9,207.85 | | | |
| Total WIP: | 20,472.50 | Balance Due: | -9,207.85 | Total: | 11,264.65 | |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | -9,207.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                    Case No. 09-74255-pjs
                                          Chapter 13
Ezroy C. Spencer                          Hon. Phillip J. Shefferly
              Debtor      /
Maple Forest Condominium
Association a/k/a Red Maple
Lane Association,

    Plaintiff,                        A.P. No. 10-04501-pjs
vs.

Ezroy C. Spencer,

    Defendant              /

## ORDER RESOLVING CLAIM ON WATER DAMAGE

The matter having come before the Court upon stipulation of the parties resolving the water damage issues previously left open for trial by the Court in its Opinion dated October 6, 2010 (Doc. 32), and the Court being otherwise advised;

IT IS HEREBY ORDERED that Maple Forest Condominium Association is awarded an allowed administrative priority claim in the amount of $5,000.00.

IT IS FURTHER ORDERED that Maple Forest Condominium Association is awarded an additional administrative priority claim up to a total of $7,500.00 for reconstruction work which has yet to take place upon the debtor's condominium unit. This claim shall be paid only upon submission of paid bills which are not reimbursed by any insurance claim, for the work performed towards reconstruction of the unit which is currently titled to

1

the debtor, and must be submitted within 12 months of October 13, 2010.

IT IS FURTHER ORDERED that the issue of post-petition condominium assessments is neither addressed nor contemplated to be addressed by this Order, they having been the subject of a prior court order, and no appeal rights shall be affected by the entry of this Order.

**Signed on October 20, 2010**

                                                /s/ Phillip J. Shefferly
                                                Phillip J. Shefferly

                                                United States Bankruptcy Judge

2

10-04501-pjs   Doc 41   Filed 10/20/10   Entered 10/21/10 08:38:00   Page 2 of 2
09-74255-pjs   Doc 74   Filed 02/22/12   Entered 02/22/12 15:26:46   Page 11 of 11